IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

KCOOPER BRANDS, INC. D/B/A
DEMPSEY INTERNATIONAL PACKAGING,

    Plaintiff,

v.                                      Civil Action No. 22-cv-00194

EZZIGROUP INC., AND RAY RASOULI,

    Defendants.

## DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff KCooper Brands, Inc. d/b/a Dempsey International Packaging's Motion for Default Judgment, following entry of default against Defendants Ezzigroup Inc. and Ray Rasouli on September 28, 2022 (*see* ECF No. 32). The Court held a hearing on this matter on February 23, 2023.

On review of the Motion, the Declaration of G. Dempsey, the Declaration of D. Marsh, and all attachments included therein, the testimony at the hearing, and the entire record, and otherwise being fully advised in the premises, finding good cause therefore, the Court finds and orders as follows:

1. Default Judgment is GRANTED in favor of Plaintiff KCooper Brands, Inc. d/b/a Dempsey International Packaging ("Dempsey") and against Defendants Ezzigroup Inc. and Ray Rasouli (collectively, "Defendants") on all claims and counterclaims raised in this action;

2. Judgment is entered against Defendants jointly and severally;

3. Judgment is entered in the principal amount of $1,849,961.95; plus reasonable attorney's fees and costs, as permitted pursuant to Section 23 of the parties' contract  (*see* ECF No.

    8-1 at 6), in the amount of $166,601.00 (consisting of $157,792.90, as set forth in the Motion, plus $8,808.10 for fees and costs expended between the filing of the Motion through the date of this Entry of Default Judgment); plus prejudgment interest at eight percent per annum, as authorized by C.R.S. § 5-12-102, in the amount of $ 132,621.10 (consisting of $95,656.90 plus $440.05 for each day between December 1, 2022 and the date of this Entry of Default Judgment), for a total amount of **$2,149,184.05.**

4. Judgment shall also include post-judgment interest accruing at the rate of 4.97 percent, as prescribed by 28 U.S.C. § 1961.

    Entered  February 23, 2023, at Denver, Colorado.

                                              BY THE COURT:

                                              Michael E. Hegarty
                                              United States Magistrate Judge