IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

KCOOPER BRANDS, INC. D/B/A
DEMPSEY INTERNATIONAL PACKAGING,

      Plaintiff,

  v.                                      Civil Action No. 22-cv-00194

EZZIGROUP INC., AND RAY RASOULI,
a/k/a AHMAD RASOULI, A/K/A RAY
AHMAD RASOULI, A/K/A AHMAD
(RAY) RASOULI,

      Defendants.

## AMENDED DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff KCooper Brands, Inc. d/b/a Dempsey International Packaging's Motion for Default Judgment, following entry of default against Defendants Ezzigroup Inc. and Ray Rasouli, a/k/a Ahmad Rasouli, a/k/a Ray Ahmad Rasouli, a/k/a Ahmad (Ray) Rasouli on September 28, 2022 (*see* ECF No. 32). On review of the Motion, the Declaration of G. Dempsey, the Declaration of D. Marsh, and all attachments included therein, and otherwise being fully advised in the premises, finding good cause therefore, the Court finds and orders as follows:

1. Default Judgment is GRANTED in favor of Plaintiff KCooper Brands, Inc. d/b/a Dempsey International Packaging ("Dempsey") and against Defendants Ezzigroup Inc. and Ray Rasouli, a/k/a Ahmad Rasouli, a/k/a Ray Ahmad Rasouli, a/k/a Ahmad (Ray) Rasouli (collectively, "Defendants") on all claims and counterclaims raised in this action;

2. Judgment is entered against Defendants jointly and severally;

3. Judgment is entered in the principal amount of $1,849,961.95; plus reasonable attorney's fees and costs, as permitted pursuant to Section 23 of the parties' contract (*see* ECF NO. 8-1 at 6), in the amount of $166,601.00 (consisting of $157,792.90, as set forth in the Motion, plus $8,808.10 for fees and costs expended between the filing of the Motion through the date of entry of judgment); plus prejudgment interest at eight percent per annum, as authorized by C.R.S. § 5-12-102, in the amount of $ 132,621.10 (consisting of $95,656.90 plus $440.05 for each day between December 1, 2022 and the date of entry of judgment), for a total amount of **$2,149,184.05.**

4. Judgment shall also include post-judgment interest accruing at the rate of 4.97 percent, as prescribed by 28 U.S.C. § 1961.

Entered October 10, 2023 , at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge